# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| **MICHELE TOURANGEAU,** ) | |
| ) | |
| Plaintiff/Appellant, ) | |
| ) | |
| v. ) | **Case No. 23-1652** |
| ) | |
| **NAPPI DISTRIBUTORS**, ) | |
| ) | |
| Defendant/Appellee ) | |

## PLAINTIFF/APPELLANT'S MOTION TO EXTEND DEADLINE TO FILE PAPER COPIES OF REPLY BRIEF

Plaintiff/Appellant Michele Tourangeau ("Tourangeau"), by and through undersigned counsel, hereby moves for an extension of the current deadline to file paper copies of her Reply Brief. Good cause exists under Fed R. App. P. 26(b) to extend the deadline requested for the following reasons:

1.  Tourangeau filed her Reply Brief on March 27, 2024. The next day, the Court entered an Order requiring nine paper copies of the Reply Brief to be received by today, April 4, 2024.

1

2. Due to the current snowstorm in Southern Maine, Tourangeau's counsel is experiencing power outages and intermittent loss of internet. Counsel also anticipates that there will be significant delays with FedEx and/or courier services due to weather. The Reply Brief has been sent for printing, but no response has been received, likely due to the storm.

3. For these reasons, Tourangeau requests a one-week extension of the deadline to file nine paper copies of the Reply Brief.

4. Tourangeau has reached out to Nappi Distributors for its position on this Motion but has not yet heard a response. Tourangeau anticipates that Nappi does not object to her request for a one-week extension.

WHEREFORE, Tourangeau requests a one-week extension of the deadline to file nine paper copies of the Reply Brief, making the new deadline April 11, 2024.

                                                              Respectfully submitted,

Dated: April 4, 2024                */s/ Laura H. White*

                                                              _____
                                                              Laura H. White, Esq.
Bar. No. 1162997
*Attorney for Plaintiff/Appellant*
WHITE & QUINLAN, LLC
62 Portland Road, Suite 21
Kennebunk, ME 04043
Phone: (207) 502-7484
*lwhite@whiteandquinlan.com*

## **CERTIFICATE OF SERVICE**

      I, Laura H. White, hereby certify that on this 4th day of April, 2024, I filed the foregoing Motion to Extend Deadline to File Paper Copies of Reply Brief with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

Dated: April 4, 2024            */s/ Laura H. White*

                                          Laura H. White, Esq.
                                          Bar. No. 1162997
                                          *Attorney for Plaintiff/Appellant*
                                          WHITE & QUINLAN, LLC
                                          62 Portland Road, Suite 21
                                          Kennebunk, ME 04043
                                          Phone: (207) 502-7484
                                          *lwhite@whiteandquinlan.com*